Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLAUME SOUBRY, OLIVIER PROTEAU, AND JACOB DEMERS,<br><br>Defendants. | No.  6:18-mj-0027-JDP<br><br>**MOTION TO VACATE GUILTY PLEAs AND DISMISS CASE; AND [PROPOSED] ORDER THEREON** |

On June 6, 2018, the Defendants entered guilty pleas to Count 3 of the Criminal Complaint, and Counts 1 and 2 were dismissed. Pursuant to a Deferred Sentencing Agreement, sentencing was continued to June 7, 2021. The Defendants have met all conditions of the Deferred Sentencing Agreement, and pursuant to the Agreement, the United States hereby moves the Court to vacate the guilty pleas on Count 3 and issue an Order of Dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure. The Defendants are in agreement with this request.

Dated:  August 19, 2020                    /S/ Susan St. Vincent_____
                                                                   Susan St. Vincent
                                                                   Legal Officer
                                                                   Yosemite National Park

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that in the above-referenced matter, *United States v. Soubry, Proteau and Demers*, 6:18-mj-0027-JDP, the guilty pleas previously entered on count 3 of the criminal complaint are vacated, and the case is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   August 21, 2020

_____
UNITED STATES MAGISTRATE JUDGE